AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF     NEW JERSEY

UNITED STATES OF AMERICA

V.

DANIEL YADZINSKI

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  CR03-852-05(MLC)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____ *Mary L. Cooper* _____
Signature of Judge

Mary L. Cooper, USDJ
Name and Title of Judge

June 14, 2006
Date